WILLIAM A. BAUMERT, Appellant, v. ALFRED S. AMBLER and HELEN BAUMERT, Appellants, and HANS ALBERT OBST and Others, Respondents.— Motion for leave

to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.